Carolyn J. Johnsen (#011894)
Katherine Anderson Sanchez (#030051)
cjjohnsen@dickinsonwright.com
ksanchez@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Facsimile: (844) 670-6009
*Attorneys for Plaintiff*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>PHOENIX MANUFACTURING PARTNERS, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:16-bk-04898-EPB |
| CAROLYN JOHNSEN, TRUSTEE ON BEHALF OF THE PMP CREDITOR TRUST<br><br>Plaintiff,<br><br>v.<br><br>AIR LIQUIDE INDUSTRIAL U.S. LP<br><br>Defendant. | **Adv. No. 2:18-ap-00179-EPB**<br><br>**REQUEST FOR STATUS HEARING** |

Plaintiff, Carolyn Johnsen, Trustee (the "**Plaintiff**" or "**Trustee**") on behalf of the PMP Creditor Trust (the "**Trust**") by its undersigned attorneys, hereby requests a status hearing as directed by the Court's Order Re: Potential Dismissal entered in this case on November 20, 2018. Doc. No. 5. In support of this request, Plaintiff alleges as follows:

1. On May 1, 2018, Plaintiff filed the Complaint initiating this adversary proceeding. Doc. No. 1.

2. On May 2, 2018, the Clerk issued a Summons. Doc. No. 2.

3. On May 2, 2018, Plaintiff caused the Complaint and Summons to be mailed to the Defendant. Doc. No. 4.

4. Through the Complaint, Plaintiff seeks to recover $23,538.28 (the "**Transfer**") paid to Defendant during the Preference Period and disallowance of Defendant's general unsecured claim in the amount of $25,817.36 (the "**Unsecured Claim**").

5. As the amounts at issue are relatively minimal, the parties have been informally working towards a resolution of the claims.

6. In furtherance of this resolution, Plaintiff asks the Court to set a status hearing in 60 days which may be vacated if the parties are unable to resolve the matter. In the event the parties are unable to resolve the matter, Plaintiff will request that Defendant file an answer not less than 10 days before the scheduled status hearing.

**WHEREFORE**, Plaintiff respectfully requests that the Court not dismiss this case for lack of prosecution and that the Court set a status hearing at a date and time convenient for the Court in approximately 60 days.

**DATED** this 11th day of December, 2018.

**DICKINSON WRIGHT PLLC**

By: */s/ Katherine Anderson Sanchez*
    Carolyn J. Johnsen
    Katherine Anderson Sanchez
    1850 N. Central Avenue, Suite 1400
    Phoenix, AZ 85004
    (602) 285-5000
    *Attorneys for the Plaintiff*

FOREGOING electronically filed with the Clerk of the U.S. Bankruptcy Court for the District of Arizona this 11th day of December, 2018, with a COPY served this same date via regular mail, on the following parties:

Air Liquide Industrial U.S. LP
c/o Capitol Corporate Services, Inc.
206 E. 9th Street, Suite 1300
Austin, TX 78701

/s/ Janet Hawkins
PHOENIX 74758-2 512236v1